**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

FILED/REC'D
2025 NOV 12 P 3: 42
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

**COREY WEBSTER**,
2967 Turbot Drive
Madison, Wisconsin 53713
Phone: 608-239-3393
Email: cdubtowing@yahoo.com
Plaintiff,

v.

**SERGEANT JORDAN KUNYA**, in his individual capacity,
**OFFICER BRIANNIA JOHNSON/KOLLER**, in her individual capacity,
and
**CITY OF FITCHBURG**,
Defendants.

Case No. 25-cv-936-jdp

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)**

**I. JURISDICTION AND VENUE**
1. This action arises under the Constitution and laws of the United States, specifically 42 U.S.C. § 1983, to redress the deprivation of rights secured by the Fourth and Fourteenth Amendments to the United States Constitution.
2. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3).
3. Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred within the Western District of Wisconsin, specifically in Fitchburg, Wisconsin.

**II. PARTIES**
4. Plaintiff Corey Webster is an adult resident of Madison, Wisconsin.
5. Defendant Sergeant Jordan Kunya is, and at all relevant times was, a law enforcement officer employed by the Fitchburg Police Department, acting under color of state law.
6. Defendant Officer Briannia Johnson/Koller is, and at all relevant times was, a law enforcement officer employed by the Fitchburg Police Department, acting under color of state law.
7. Defendant City of Fitchburg is a Wisconsin municipal corporation and the employer of Defendants Kunya and Johnson/Koller. It is responsible for the policies, training, supervision, and discipline of its police officers.

**III. FACTUAL ALLEGATIONS**
8. On or about July 19, 2024, Plaintiff Corey Webster was a passenger in a lawfully operated motor vehicle during a traffic stop initiated by Officer Briannia Johnson/Koller of the Fitchburg Police Department in Fitchburg, Wisconsin.
9. The traffic stop had been concluded when the driver was given back their driver's license and paperwork, and no further investigation or enforcement action was pending. Despite the conclusion of the stop, Officer Johnson/Koller continued to detain the vehicle and its occupants.
10. After Plaintiff lawfully invoked his right to remain silent, Officer Johnson/Koller called for backup. Sergeant Jordan Kunya and Officer Dodge then arrived on the scene.

11. Plaintiff was not suspected of any crime and was lawfully entitled to decline to provide identification. When asked to identify himself, Plaintiff politely inquired why such information was being requested.

12. Once Sergeant Kunya arrived, the encounter escalated. Officers Johnson/Koller and Dodge each held one of Plaintiff's arms, while Sergeant Kunya grabbed Plaintiff's legs. As Plaintiff instinctively pulled back, Sergeant Kunya fell, then immediately stood up and fired his taser twice at Plaintiff, striking him without warning or legal justification.

13. Plaintiff was forcibly removed from the vehicle, placed in handcuffs, and jailed for four days. Defendants alleged that Plaintiff had battered three police officers and resisted arrest, though there was no factual or legal basis for those charges.

14. Video footage from the incident, approximately 3 minutes and 31 seconds in duration, captures officers stating that Plaintiff was being arrested for not wearing a seat belt, contradicting their later claims of battery and resistance.

15. On April 7, 2025, all charges against Plaintiff were dismissed on the motion of the District Attorney. A subsequent internal investigation by the Fitchburg Police Department sustained misconduct findings against Sergeant Kunya. Although the investigation did not formally sustain misconduct findings against Officer Johnson/Koller, Plaintiff alleges that her conduct described above also violated his constitutional rights.

16. As a result of Defendants' conduct, Plaintiff suffered physical pain, emotional distress, humiliation, loss of liberty, and other damages.

## IV. CAUSE OF ACTION
### (Violation of the Fourth Amendment – 42 U.S.C. § 1983)

17. Plaintiff realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

18. The actions of Defendants Kunya and Johnson/Koller constituted an unreasonable seizure and excessive use of force in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution.

19. These actions were undertaken under color of state law and were willful, wanton, and reckless.

20. Defendant City of Fitchburg is liable under Monell v. Department of Social Services, 436 U.S. 658 (1978), for failing to properly train, supervise, and discipline its officers, thereby allowing and encouraging such unconstitutional conduct.

## V. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

a. Enter judgment in favor of Plaintiff and against all Defendants;
b. Award compensatory damages in an amount to be determined at trial;
c. Award punitive damages against the individual Defendants;
d. Award attorney's fees and costs pursuant to 42 U.S.C. § 1988;
e. Grant declaratory relief that Defendants violated Plaintiff's rights under the U.S. Constitution;
f. Grant injunctive relief prohibiting Defendants from engaging in further retaliatory or unconstitutional seizures, arrests, or criminal charges against Plaintiff for exercising his constitutional rights, including his rights to remain silent, to decline identification when not lawfully required, and to pursue this civil action;
g. Grant such other and further relief as the Court deems just and proper.

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

_____

**Corey Webster**
2967 Turbot Drive
Madison, Wisconsin 53713
Phone: 608-239-3393
Email: cdubtowing@yahoo.com
Pro Se Plaintiff